UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED ENTERED
LODGED

JUN 15 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

June 14, 2000

MEMORANDUM TO COUNSEL AND JOSEPH A. ESTERLING
    RE: <u>OPTIMUM CHOICE, INC. V. JOHN F. LILLARD, III</u>, CIV. NO. L-00-1320; <u>HAMPTON V. OPTIMUM CHOICE, INC.</u>, CIV. NO. L-00-1410

    The Court notes the apparent overlap between the two above-named cases. Therefore, on July 20, 2000, at 10:00 a.m., the Court will conduct an in-court conference to discuss the overlap and scheduling of the two cases.

    Despite the informal nature of this Memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very Truly Yours,

Benson Everett Legg

c:    Court file