UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED / LODGED / ENTERED / RECEIVED
JUN 1 5 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

June 14, 2000

MEMORANDUM TO COUNSEL, JOHN F. LILLARD, III, AND JOSEPH A. ESTERLING

    RE: <u>OPTIMUM CHOICE, INC. V. JOHN F. LILLARD, III</u>, CIV. NO. L00-CV-1320

The Court is in receipt of Defendant's Motion to Extend Time to File Answer or Motion. The defendant shall file an answer or motion to dismiss by July 7, 2000.

Despite the informal nature of this Memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very Truly Yours,

/s/ Legg

Benson Everett Legg