IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| OPTIMUM CHOICE, INC. | : | |
| v. | : | CIVIL NO. L-00-1320 |
| JOSEPH A. ESTERLING | : | |

<u>ORDER</u>

On July 20, 2000, this Court held an in-court conference on the record. For the reasons stated in the conference, the Court hereby ORDERS that:

(i) Defendant John F. Lillard, III is dismissed from the case. By this dismissal, Mr. Lillard does not relinquish any claims he may have for attorney's fees;

(ii) within fourteen days from the date of this Order, Mr. Lillard shall inform the Court by letter whether he will be representing Mr. Esterling in this action; and

(iii) upon receipt of Mr. Lillard's letter, the Court will conduct a telephone conference to discuss Mr. Esterling's filing of an answer, discovery, and Mr. Lillard's claim for attorney's fees.

IT IS SO ORDERED this 20TH day of July, 2000.

/s/ B. Legg
Benson Everett Legg
United States District Judge

