IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| OPTIMUM CHOICE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: L-00cv1320 |
| ) | |
| JOHN F. LILLARD, III, ESQUIRE, ) | |
| AN ATTORNEY, and ) | |
| JOSEPH A. ESTERLING, SR., ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT LILLARD ONLY

Plaintiff Optimum Choice, Inc. and Defendant John F. Lillard, III, Esquire, by undersigned counsel, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to dismiss Defendant John F. Lillard, III, Esquire ~~with prejudice~~ from this action. Each party shall bear its own costs and fees.

*[Handwritten annotation: "Subject to Lillard's request for attorneys fee and other relief"]*

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

By: _/s/ Joanna Jesperson_
David E. Manoogian
Bar No.: 00914
Direct Dial: (202) 861-1848
Joanna Jesperson
Bar No.: 13339
Direct Dial: (202) 861-1865
Switchboard: (202) 861-0900
1227 25th Street, N.W., Ste. 700
Washington, D.C. 20037-1156
*Attorneys for Plaintiff OCI*

DC:119016.1

By: _____
John F. Lillard, III, Esquire
8 Loudon Lane
Annapolis, Maryland 21401
(410) 268-1900
*Defendant pro se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of July, 2000 a copy of the foregoing **Stipulation of Voluntary Dismissal of Defendant Lillard Only** was mailed, first class, postage pre-paid, to:

John F. Lillard, III, Esquire
8 Loudon Lane
Annapolis, Maryland 21401
*Defendant pro se*

Joseph A. Esterling, Sr.
1665 Sham Court
Annapolis, Maryland 21401
*Defendant*

_____
Joanna Jesperson

DC:119016.1                     2