UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG -4  P 3: 24

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

August 3, 2000

MEMORANDUM TO COUNSEL AND JOSEPH A. ESTERLING
    RE: <u>OPTIMUM CHOICE, INC. V. JOHN F. LILLARD, III</u>, CIV. NO.
    L-00-1320

   The Court is in receipt of a Notice of Dismissal and Motion to Dismiss Counterclaim for Interpleader as Moot filed by the Plaintiff.  The proposed Order states that each side will pay its own costs.  The papers do not, however, state whether Mr. Lillard has withdrawn his Motion for Attorney's Fees.

   If Mr. Lillard has not withdrawn his motion, he shall so inform the Court in writing within two weeks of the date of this Order.  If the Court does not hear from Mr. Lillard, it will deem his motion to have been withdrawn.

   Despite the informal nature of this Memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                        Very Truly Yours,

                                        /s/ Benson Everett Legg
                                        Benson Everett Legg

c:   Court file